***IN THE DISTRICT COURT OF THE UNITED STATES***
***for the Western District of New York***

MAY 2008 GRAND JURY
(Impaneled 5/02/08)

**THE UNITED STATES OF AMERICA**

***-vs-***

**SIMON BANDA MIRELES,**
**a/k/a Jorge Alberto DeLarco Gonzales**
**(Counts 1 through 36 and Forfeiture)**
**SERGIO ANTONIO RESENDIZ MARTINEZ,**
**(Counts 1 through 36 and Forfeiture)**
**JAVIER BANDA MIRELES,**
**(Counts 1 through 36 and Forfeiture)**
**HONORIO BANDA MIRELES,**
**(Counts 7 through 21 and Forfeiture) and**
**JESUS FRANCISCO ESCALANTE**
**(Counts 7 through 21 and Forfeiture)**

Defendants.

**SUPERSEDING INDICTMENT**
**08-CR-349-S**

**Violations:**
18 U.S.C. §§ 1589(a) and 2;
8 U.S.C. §§1324(a)(1)(iii), 1324(a)(1)(B)(i);
1324a(a)(1)(A) and 1324a(f)(1)
[36 Counts]
[3 Forfeiture Allegations]

**<u>COUNTS 1 THROUGH 6</u>**

**The Grand Jury Charges:**

On or about the dates listed in the table below, in the Western District of New York and elsewhere, the defendants, **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales, SERGIO ANTONIO RESENDIZ MARTINEZ and JAVIER BANDA MIRELES**, aiding and abetting one another, knowingly did obtain the labor and services of persons whose identities are known to the Grand Jury, as specified in the

table below, by threats of serious harm to, and physical restraint against, those persons and others; by means of a scheme, plan and pattern intended to cause those persons to believe that if those persons did not perform such labor and services, those persons and others would suffer serious harm and physical restraint; and by means of the abuse and threatened abuse of law and the legal process.

| Count | Victim | Location | Dates |
|---|---|---|---|
| 1 | Hermelando F. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | October 2001 - March 2004<br><br>March 2004 - April 16, 2008 |
| 2 | Aquilian S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |
| 3 | Luciana S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |
| 4 | Ricardo F. | Azteca Mexican Food Cantina, Dunkirk, NY | April 2007 - July 2007, and October 2007 - April 16, 2008 |

| Count | Victim | Location | Dates |
|---|---|---|---|
| 5 | Edith C. | Azteca Mexican Food Cantina, Dunkirk, NY | July 2007 - April 16, 2008 |
| 6 | Alicia F. | Don Lorenzo Restaurant, Allegany, NY<br><br>El Caporal Mexican Restaurant, Cheektowaga, NY | July 2006 - August, 2008<br><br>August 2006 - April 16, 2008 |

**All in violation of Title 18, United States Code, Sections 1589(a) and 2.**

**COUNTS 7 THROUGH 21**

**The Grand Jury Further Charges:**

On or about the dates listed in the table below, in the Western District of New York and elsewhere, the defendants, **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales, SERGIO ANTONIO RESENDIZ MARTINEZ, JAVIER BANDA MIRELES, HONORIO BANDA MIRELES, and JESUS FRANCISCO ESCALANTE**, aiding and abetting one another, did, for the purpose of commercial advantage and private financial gain, knowingly and in reckless disregard of the fact that certain aliens whose identities are known to the Grand Jury, as specified in the table below, had come to, entered, and remained in the United States in violation of law, conceal, harbor, and shield from

detection, those aliens in any place, including the following buildings as specified in the table below, and by means of transportation:

| Count | Alien | Location | Dates |
|---|---|---|---|
| 7 | Hermelando F. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #1 Allegany, NY | October 2001 - March 2004<br><br>March 2004 - April 16, 2008 |
| 8 | Aquilian S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #1 Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |
| 9 | Luciana S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #1 Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |

| Count | Alien | Location | Dates |
|---|---|---|---|
| 10 | Ricardo F. | Azteca Mexican Food Cantina<br>3955 Vineyard Drive<br>Dunkirk, NY<br><br>774 Central Avenue<br>Dunkirk, NY | April 2007 - July 2007, and October 2007 - April 16, 2008 |
| 11 | Edith C. | Azteca Mexican Food Cantina<br>3955 Vineyard Drive<br>Dunkirk, NY<br><br>774 Central Avenue<br>Dunkirk, NY | July 2007 - April 16, 2008 |
| 12 | Alicia F. | The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #1<br>Allegany, NY<br><br>El Caporal Mexican Restaurant<br>Union Road<br>Cheektowaga, NY<br><br>212 Arthur Musarra, Lower<br>Cheektowaga, NY | July 2006 - August, 2008<br><br>August 2006 - April 16, 2008 |
| 13 | Antonieta E. | The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #2<br>Allegany, NY | December 2007 - April 16, 2008 |

| Count | Alien | Location | Dates |
|---|---|---|---|
| 14 | Mauricio F. | The Don Lorenzo Mexican Restaurant, Allegany, NY<br><br>126-128 West Main Street, Apt. #2 Allegany, NY | August 2007 - April 16, 2008 |
| 15 | Jesus T. | La Herradura Restaurant 109 Main Street Bradford, PA<br><br>80 Boylston, Upper Bradford, PA | March 2005 - April 16, 2008 |
| 16 | Carolina Q. | La Herradura Restaurant 109 Main Street Bradford, PA<br><br>80 Boylston, Upper Bradford, PA | March 2005 - April 16, 2008 |
| 17 | Reyna P. | Jalapeno Loco Mexican Restaurant 7289 Mentor Avenue Mentor, OH<br><br>Queensdale Apartments 7191 Mentor Avenue Mentor, OH | June 2007 - April 16, 2008 |
| 18 | Irene T. | Jalapeno Loco Mexican Restaurant 7289 Mentor Avenue Mentor, OH<br><br>Queensdale Apartments 7191 Mentor Avenue Mentor, OH | April 2007 - February, 2008 |

| Count | Alien | Location | Dates |
|---|---|---|---|
| 19 | Juan C. | Jalapeno Loco Mexican Restaurant 7289 Mentor Avenue Mentor, OH<br><br>Queensdale Apartments 7191 Mentor Avenue Mentor, OH | September 2007 - April 16, 2008 |
| 20 | Sandra T. | Nogales Mexican Restaurant Wheeling, WV<br><br>1123 Eoff Street #1N Wheeling, WV | February 2008 - April 16, 2008 |
| 21 | Miguel T | Nogales Mexican Restaurant Wheeling, WV<br><br>1123 Eoff Street #1N Wheeling, WV | November 2007 - April 16, 2008 |

**All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and Title 18 United States Code, Section 2.**

**COUNTS 22 THROUGH 36**

**The Grand Jury Further Charges:**

On or about the dates listed in the table below, in the Western District of New York and elsewhere, the defendants, **SIMON**

**BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales, SERGIO ANTONIO RESENDIZ MARTINEZ and JAVIER BANDA MIRELES**, aiding and abetting one another, did engage in a practice and pattern of hiring for employment, in the United States certain aliens whose identities are known to the Grand Jury, as specified in the table below, knowing that said aliens were unauthorized aliens (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)) with respect to such employment.

| Count | Alien | Location | Dates |
|---|---|---|---|
| 22 | Hermelando F. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | October 2001 - March 2004<br><br>March 2004 - April 16, 2008 |
| 23 | Aquilian S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |
| 24 | Luciana S. | El Caporal Mexican Restaurant, New Martinsville, WV<br><br>Don Lorenzo Restaurant, Allegany, NY | April 2002 - March 2004<br><br>March 2004 - April 16, 2008 |

| Count | Alien | Location | Dates |
|---|---|---|---|
| 25 | Ricardo F. | Azteca Mexican Food Cantina, Dunkirk, NY | April 2007 - July 2007, and October 2007 - April 16, 2008 |
| 26 | Edith C. | Azteca Mexican Food Cantina, Dunkirk, NY | July 2007 - April 16, 2008 |
| 27 | Alicia F. | Don Lorenzo Restaurant, Allegany, NY<br><br>El Caporal Mexican Restaurant, Cheektowaga, NY | July 2006 - August, 2008<br><br>August 2006 - April 16, 2008 |
| 28 | Antonieta E. | Don Lorenzo Restaurant, Allegany, NY | December 2007 - April 16, 2008 |
| 29 | Mauricio F. | Don Lorenzo Restaurant, Allegany, NY | August 2007 - April 16, 2008 |
| 30 | Jesus T. | La Herradura Restaurant Bradford, PA | March 2005 - April 16, 2008 |
| 31 | Carolina Q. | La Herradura Restaurant Bradford, PA | March 2005 - April 16, 2008 |
| 32 | Reyna P. | Jalapeno Loco Mexican Restaurant Mentor, OH | June 2007 - April 16, 2008 |
| 33 | Irene T. | Jalapeno Loco Mexican Restaurant Mentor, OH | April 2007 - February, 2008 |
| 34 | Juan C. | Jalapeno Loco Mexican Restaurant Mentor, OH | September 2007 - April 16, 2008 |
| 35 | Sandra T. | Nogales Mexican Restaurant Wheeling, WV | February 2008 - April 16, 2008 |

| Count | Alien | Location | Dates |
|---|---|---|---|
| 36 | Miguel T | Nogales Mexican Restaurant Wheeling, WV | November 2007 - April 16, 2008 |

**All in violation of Title 8, United States Code, Sections 1324a(a)(1)(A) and 1324a(f)(1) and Title 18 United States Code, Section 2.**

**FIRST FORFEITURE ALLEGATION**
The Grand Jury Alleges:
(Title 18 U.S.C. 1594(d))

From their conviction under any of the Counts 1 through 6 of this Indictment, the defendants, **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales**, **SERGIO ANTONIO RESENDIZ MARTINEZ** and **JAVIER BANDA MIRELES**, shall forfeit all of their right, title and interest to any and all property, real or personal that was used or intended to be used to commit or to facilitate the commission of such violations and any property constituting or derived from, any proceeds that such person obtained directly or indirectly, as a result of such violation, including, but not limited to:

**A. UNITED STATES CURRENCY**

(1) Monies contained in the Certificate of Deposit, Number 433-0243230, In the Name of Jorge Delarco, formerly held

at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(2) The sum of $1,119.00 seized on or about April 16, 2008, by law enforcement agents from **JESUS FRANCISCO ESCALANTE** in Dunkirk, New York;

(3) The sum of $17,946.00 seized on or about April 16, 2008, by law enforcement agents from Alvaro SOTO Paz in Mentor, Ohio;

(4) The sum of $8,000.00 seized on or about April 16, 2008, by law enforcement agents from a safe deposit box belonging to **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** formerly held at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(5) The sum of $4,967.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York;

(6) The sum of $2,500.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York; and

(7) The sum of $1,779.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Dunkirk, New York; and

**B. MONETARY JUDGMENT**

The sum of Two Million One Hundred Seventy-Nine Thousand, Seven Hundred Forty-Four Dollars and Seventy-Eight Cents ($2,179,744.78) in United States Currency.

**All pursuant to Title 18, United States Code, Section 1594(d).**

## SECOND FORFEITURE ALLEGATION
**The Grand Jury Further Alleges:**
(Title 18 U.S.C. 982(a)(6))

From their conviction under any of the Counts 7 through 21 of this Indictment, the defendants, **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales**, **SERGIO ANTONIO RESENDIZ MARTINEZ**, **JAVIER BANDA MIRELES**, **HONORIO BANDA MIRELES** and **JESUS FRANCISCO ESCALANTE**, shall forfeit all of their right, title and interest to any and all property, real or personal that was used or intended to be used to commit or to facilitate the commission of such violations and any property constituting or derived from, any proceeds that such

person obtained directly or indirectly, as a result of such violation, including, but not limited to:

**A. UNITED STATES CURRENCY**

(1) Monies contained in the Certificate of Deposit, Number 433-0243230, In the Name of Jorge Delarco, formerly held at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(2) The sum of $1,119.00 seized on or about April 16, 2008, by law enforcement agents from **JESUS FRANCISCO ESCALANTE** in Dunkirk, New York;

(3) The sum of $17,946.00 seized on or about April 16, 2008, by law enforcement agents from Alvaro SOTO Paz in Mentor, Ohio;

(4) The sum of $8,000.00 seized on or about April 16, 2008, by law enforcement agents from a safe deposit box belonging to **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** formerly held at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(5) The sum of $4,967.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York;

(6) The sum of $2,500.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York; and

(7) The sum of $1,779.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Dunkirk, New York; and

**B. MONETARY JUDGMENT**

The sum of Two Million One Hundred Seventy-Nine Thousand, Seven Hundred Forty-Four Dollars and Seventy-Eight Cents ($2,179,744.78) in United States Currency.

**All pursuant to Title 18, United States Code, Section 982(a)(6).**

**THIRD FORFEITURE ALLEGATION**
The Grand Jury Further Alleges:
(Title 18 U.S.C. 982(a)(6))

From their conviction under any of the Counts 22 through 36 of this Indictment, the defendants, **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales**, **SERGIO ANTONIO RESENDIZ MARTINEZ**, and **JAVIER BANDA MIRELES**, shall forfeit all of their right, title and interest to any and all property, real or personal that was used or intended to be used to commit or to facilitate the commission of such violations and any property constituting or derived from, any proceeds that such person obtained directly or indirectly, as a result of such violation, including, but not limited to:

**A. UNITED STATES CURRENCY**

(1) Monies contained in the Certificate of Deposit, Number 433-0243230, In the Name of Jorge Delarco, formerly held at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(2) The sum of $1,119.00 seized on or about April 16, 2008, by law enforcement agents from **JESUS FRANCISCO ESCALANTE** in Dunkirk, New York;

(3) The sum of $17,946.00 seized on or about April 16, 2008, by law enforcement agents from Alvaro SOTO Paz in Mentor, Ohio;

(4) The sum of $8,000.00 seized on or about April 16, 2008, by law enforcement agents from a safe deposit box belonging to **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** formerly held at Community Bank, N.A. 3909 Vineyard Drive, Dunkirk, New York;

(5) The sum of $4,967.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York;

(6) The sum of $2,500.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Depew, New York; and

(7) The sum of $1,779.00 seized on or about April 16, 2008, by law enforcement agents from **SIMON BANDA MIRELES a/k/a Jorge Alberto DeLarco Gonzales** in Dunkirk, New York; and

**B. MONETARY JUDGMENT**

The sum of Two Million One Hundred Seventy-Nine Thousand, Seven Hundred Forty-Four Dollars and Seventy-Eight Cents ($2,179,744.78) in United States Currency.

**All pursuant to Title 18, United States Code, Section 982(a)(6).**

DATED: Buffalo, New York, April 29, 2010.

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY: S/JOHN E. ROGOWSKI

JOHN E. ROGOWSKI
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 873
John.e.rogowski@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON